# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-0481-JVS | Date | June 29, 2009 |
| Title | Don Henley, et al. v. Charles S. Devore, et al. | | |

Present: The Honorable  James V. Selna

| Nancy K Boehme | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Charles Barquist | Christopher Arledge |
| Jacquilline Charlesworth | John Tehranian |
| Paul Goldstein | |

**Proceedings:**   Defendants' Motion to Dismiss Fourth and Fifth Causes of Action (Fld 05/21/09)

Cause called and counsel make their appearance.  The Court's tentative ruling is issued.  Counsel make their arguments.  The Court takes the above-referenced matter under submission.

|   | 0 | : | 29 |
|---|---|---|---|
| Initials of Preparer | nkb | | |