1  MORRISON & FOERSTER LLP
   CHARLES S. BARQUIST (CA SBN 133785)
2  CBarquist@mofo.com
   555 West Fifth Street
3  Los Angeles, California  90013-1024
   Telephone: 213.892.5200
4  Facsimile: 213.892.5454

5  JACQUELINE C. CHARLESWORTH (*pro hac vice*)
   JCharlesworth@mofo.com
6  CRAIG B. WHITNEY (CA SBN 217673)
   CWhitney@mofo.com
7  KELVIN D. CHEN (*pro hac vice*)
   KChen@mofo.com
8  1290 Avenue of the Americas
   New York, New York 10104
9  Telephone: 212.468.8000
   Facsimile: 212.468.7900

10
   PAUL GOLDSTEIN (CA SBN 79613)
11 PGoldstein@mofo.com
   559 Nathan Abbott Way
12 Stanford, California  94305-8610
   Telephone:  650.723.0313
13 Facsimile:  650.327.0811

14 Attorneys for Plaintiffs

15 ONE LLP
   CHRISTOPHER W. ARLEDGE (CA SBN 200767)
16 CArledge@onellp.com
   PETER AFRASIABI (CA SBN 193336)
17 PAfrasiabi@onellp.com
   JOHN TEHRANIAN (CA SBN 211616)
18 JTehranian@onellp.com
   535 Anton Boulevard, Suite 850
19 Costa Mesa, California 92626
   Telephone:  714.434.8750
20 Facsimile:  714.434.8756

21 Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON HENLEY and MIKE CAMPBELL,<br><br>            Plaintiffs,<br>    v.<br><br>CHARLES S. DEVORE and JUSTIN HART,<br><br>            Defendants. | Case No. SACV09-0481 JVS (RNBx)<br><br>Hon. James V. Selna<br><br>**ORDER REGARDING AMENDMENT OF COMPLAINT**<br><br>**[Filed Concurrently With Stipulation Regarding Amended Complaint]** |

ny-890694

1 | Pursuant to Federal Rule of Civil Procedure 15(a), having considered the
2 | stipulation of the parties, the record on file in this action, and good cause appearing,
3 | IT IS HEREBY ORDERED THAT:
4 |     1.    Plaintiffs are hereby granted leave to file an Amended Complaint;
5 |     2.    Plaintiffs shall file and serve their Amended Complaint within seven (7)
6 | days of entry of this Order.

Dated:   September 22, 2009

*[signature]*

Honorable James V. Selna
United States District Judge

1

ny-890694