1  MORRISON & FOERSTER LLP
   JACQUELINE C. CHARLESWORTH (*pro hac vice*)
2  JCharlesworth@mofo.com
   CRAIG B. WHITNEY (CA SBN 217673)
3  CWhitney@mofo.com
   1290 Avenue of the Americas
4  New York, New York 10104
   Telephone: 212.468.8000
5  Facsimile: 212.468.7900

6  PAUL GOLDSTEIN (CA SBN 79613)
   PGoldstein@mofo.com
7  559 Nathan Abbott Way
   Stanford, California 94305-8610
8  Telephone: 650.723.0313
   Facsimile: 650.327.0811
9
   Attorneys for Plaintiffs
10
   ONE LLP
11 CHRISTOPHER W. ARLEDGE (CA SBN 200767)
   CArledge@onellp.com
12 PETER AFRASIABI (CA SBN 193336)
   PAfrasiabi@onellp.com
13 JOHN TEHRANIAN (CA SBN 211616)
   JTehranian@onellp.com
14 535 Anton Boulevard, Suite 850
   Costa Mesa, California 92626
15 Telephone: 714.434.8750
   Facsimile: 714.434.8756
16
   Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DON HENLEY, MIKE CAMPBELL and DANNY KORTCHMAR,<br><br>          Plaintiffs,<br><br>     v.<br><br>CHARLES S. DEVORE and JUSTIN HART,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. SACV09-0481 JVS (RNBx)<br><br>Hon. James V. Selna<br><br>**ORDER REGARDING EXPERT DISCOVERY DEADLINES AND EXTENSION OF PAGE LIMIT** |

ny-910504

1 | Pursuant to Federal Rule of Civil Procedure 29(b) and Local Rule 11-6, having considered the stipulation of the parties, the record file in this action, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The parties shall exchange any rebuttal expert witness disclosures, if any, along with all nonpublic materials relied upon by rebuttal experts that are not part of the record in this action, no later than February 26, 2010;

2. Expert discovery shall be concluded no later than April 2, 2010;

3. **[Deleted by Court]**; and

4. No other deadlines in this action will be altered by this Order.

Dated: February 16, 2010

*[signature]*

Honorable James V. Selna
United States District Judge