MORRISON & FOERSTER LLP
JACQUELINE C. CHARLESWORTH (*pro hac vice*)
JCharlesworth@mofo.com
CRAIG B. WHITNEY (CA SBN 217673)
CWhitney@mofo.com
1290 Avenue of the Americas
New York, New York 10104
Telephone: 212.468.8000
Facsimile: 212.468.7900

PAUL GOLDSTEIN (CA SBN 79613)
PGoldstein@mofo.com
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: 650.723.0313
Facsimile: 650.327.0811

Attorneys for Plaintiffs

ONE LLP
CHRISTOPHER W. ARLEDGE (CA SBN 200767)
CArledge@onellp.com
JOHN TEHRANIAN (CA SBN 211616)
JTehranian@onellp.com
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, California 92660
Telephone: 949.502.2870
Facsimile: 949.258.5081

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DON HENLEY, MIKE CAMPBELL and DANNY KORTCHMAR,<br><br>    Plaintiffs,<br><br>  v.<br><br>CHARLES S. DEVORE and JUSTIN HART,<br><br>    Defendants. | Case No. SACV09-0481 JVS (RNBx)<br><br>Hon. James V. Selna<br><br>**ORDER REGARDING CONTINUATION OF SETTLEMENT CONFERENCE, PRETRIAL CONFERENCE AND TRIAL DATES** |

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 16-9, having considered the stipulation of the parties, the record on file in this action, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The schedule set forth in the Civil Minutes regarding the Scheduling Conference, dated August 10, 2009, and the Order for Jury Trial, dated August 11, 2009, shall be modified as follows:

   (a) The parties shall file motions *in limine* no later than June 28, 2010, or such other time that the Court deems appropriate;

   (b) The parties shall file pretrial documents no later than July 12, 2010, or such other time that the Court deems appropriate;

   (c) The Final Pretrial Conference shall be set for July 19, 2010 at 11:00 a.m., or such other time that the Court deems appropriate;

   (d) The trial shall be set for August 3, 2010 at 8:30 a.m., or such other time that the Court deems appropriate;

2. Within seven (7) days following the entry of the Court's order deciding the parties' cross-motions for summary judgment, the parties shall contact the Magistrate Judge to schedule a settlement conference; and

3. The parties shall file all necessary documents and complete such settlement discussions no later than thirty (30) days following entry of the Court's order deciding the parties' summary judgment motions, subject to the availability of the Magistrate Judge and any further order of the Court.

Dated:   May 25, 2010

_____
Honorable James V. Selna
United States District Judge