MORRISON & FOERSTER LLP
JACQUELINE C. CHARLESWORTH (*pro hac vice*)
JCharlesworth@mofo.com
CRAIG B. WHITNEY (CA SBN 217673)
CWhitney@mofo.com
1290 Avenue of the Americas
New York, New York 10104
Telephone: 212.468.8000
Facsimile: 212.468.7900

PAUL GOLDSTEIN (CA SBN 79613)
PGoldstein@mofo.com
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: 650.723.0313
Facsimile: 650.327.0811

Attorneys for Plaintiffs

ONE LLP
CHRISTOPHER W. ARLEDGE (CA SBN 200767)
CArledge@onellp.com
JOHN TEHRANIAN (CA SBN 211616)
JTehranian@onellp.com
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, California 92660
Telephone: 949.502.2870
Facsimile: 949.258.5081

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON HENLEY, MIKE CAMPBELL and DANNY KORTCHMAR, <br><br> Plaintiffs, <br><br> v. <br><br> CHARLES S. DEVORE and JUSTIN HART, <br><br> Defendants. | Case No. SACV09-0481 JVS (RNBx) <br><br> **STIPULATED JUDGMENT** |

ny-953885

1     WHEREAS, on June 10, 2010, this Court issued an Order regarding the parties' motions for summary judgment, which held, *inter alia*, that Defendants were liable under the Copyright Act, 17 U.S.C. § 101 *et seq.*, for the infringement of Plaintiffs' musical compositions;

    WHEREAS, by supplemental agreement, the parties subsequently agreed to a settlement in principle to resolve Plaintiffs' remaining damages and other claims resulting from such infringements, pursuant to which this Court issued an Order dismissing the action on July 12, 2010, subject to the ability to reopen the action if the settlement were not consummated;

    WHEREAS, a settlement agreement was finalized, but Plaintiffs did not receive timely payment of the full settlement amount due under the agreement;

    WHEREAS, on July 16, 2010 and October 12, 2010, this Court issued further Orders, pursuant to which Plaintiffs have until January 10, 2010 to reopen this action due to Defendants' failure to pay the full settlement amount due; and

    WHEREAS, by supplemental agreement, the parties resolved the issue of Defendants' failure to pay the full settlement amount by providing Defendants an extension of time to pay, and further agreeing to the entry of a Stipulated Judgment, pursuant to which Defendant Justin Hart is to pay additional compensation to Plaintiff Don Henley for the burden and expense of enforcing the parties' settlement;

    NOW, THEREFORE, having considered the concurrently filed stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

    1.  As compensation for the burden and expense of enforcing the parties' settlement of the action, Defendant Justin Hart is liable to Plaintiff Don Henley for the sum of Thirty-Five Thousand Dollars and No Cents ($35,000.00).

    2.  Upon entry of this judgment, the parties may no longer seek to reopen the case pursuant to the Court's October 12, 2010 Order.

3. Each of the parties to the action shall bear his own legal costs and attorneys' fees incurred in the action.

Pursuant to Federal Rules of Civil Procedure 58 and 79, and Local Rule 58-1, the Clerk of the Court is directed to enter this judgment in the docket at the earliest practicable time.

Dated: December 13, 2010

_____
Honorable James V. Selna
United States District Judge

ny-953885